UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                   )
                                         )
                                         )     Case No.
                                         )     Chapter
                    Debtor               )

**NOTICE OF MOTION**

_____ has filed papers with the court to _____

_____.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before _____, you or your attorney must:

> Send to the parties listed below at least 14 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case.  If necessary, you may obtain a list of such dates by telephone from the clerk's office.  The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk.  If you are not represented by an attorney, you may instead file with the clerk a written request for hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  The address of the clerk's office is as follows:

> > Clerk of Court
> > United States Bankruptcy Court
> > 200 S. Washington Street
> > Alexandria, Virginia  22314

> You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.

> File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  You must **also** mail a copy to the persons listed below.

Attend the hearing scheduled to be held on _____ at _____ o'clock ____.m. in Courtroom _____, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

A copy of any written response must be mailed to the following persons:

_____
_____
_____
_____

_____
_____
_____
_____

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA 22314

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____

Signature, name, address and telephone number of person giving notice:
_____
_____
_____
_____
Virginia State Bar No. _____
Counsel for _____

### Certificate of Service

I hereby certify that I have this _____ day of _____, 2018, mailed or hand-delivered a true copy of the foregoing Notice of Hearing to the parties listed on the attached service list.

_____

```
Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


CashNet USA
175 West Jackson
Suite 1000
Chicago, IL 60604


Comenity Bank/Blair
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


First National Credit Card/Legacy
First National Credit Card
Po Box 5097
Sioux Falls, SD 51117


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Fortivap/mabtc/atls
5 Concourse Pkwy
Atlanta, GA 30328


James B. Nutter & Company
4153 Broadway
PO Box 10346
Kansas City, MO 64171


Lendmark Financial Ser
2118 Usher St Nw
Covington, GA 30014


OneMain
Attn: Bankruptcy
601 Nw 2nd St
Evansville, IN 47708
```

```
Speedy Cash
3611 North Ridge Road
Wichita, KS 67205


Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965061
Orlando, FL 32896


Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408


Wells Fargo Bank
Po Box 10438
Macf8235-02f
Des Moines, IA 50306
```

## United States Bankruptcy Court
### Eastern District of Virginia

In re **Cora Marcia Treger**  
Debtor(s)

Case No. **18-11665**  
Chapter **7**

# MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **May 9, 2018**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **July 2, 2018**

Signature **/s/ Cora Marcia Treger**  
**Cora Marcia Treger**  
Debtor

Attorney **/s/ Ashvin Pandurangi**  
**Ashvin Pandurangi 86966**

**AP Law Group, PLC**  
**7777 Leesburg Pike**  
**Suite 402N**  
**Falls Church, VA 22043**  
**5719696540**  
**Fax: 5716990518**  
**ap@aplawg.com**